APPEAL NO. 03-14-00401-CR:

FILED
June 17, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

THIRD COURT IN THE OF APPEALS AT AUSTIN, TEXAS

RECEIVED
JUN 17 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

JOHNNY FLORES NAVARRO
APPELLANT,

VS.

THE STATE OF TEXAS
APPELLEE.

APPEAL OF CAUSE NUMBER A-13-0417-SA FROM THE JUDICIAL DISTRICT COURT OF TOM GREEN COUNTY

MOTION TO AMEND APPELLANT PRO SE BRIEF; PURSUANT TO TEXAS RULES OF APPELLANT PROCEDURE RULE 55.8:

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:
COMES NOW, JOHNNY FLORES NAVARRO, APPELLANT PRO SE, AND RESPECTFULLY MOVES THE COURT TO GRANT HIM PERMISSION TO AMEND APPELLANT PRO SE BRIEF IN THIS CAUSE:
IN SUPPORT, APPELLANT WOULD SHOW THE FOLLOWING.

I.

ON MAY 22, 2014, THE JUDGE FOUND APPELLANT GUILTY OF ASSAULT/FAMILY VIOLENCE/IMPEDING BREATH OR CIRCULATION, A THIRD-DEGREE FELONY

(PAGE-1-MOTION.)

THE CHARGE WAS ENHANCED TO HABITUAL STATUS BY TWO PRIOR FELONY CONVICTIONS.
THE JUDGE ASSESSED PUNISHMENT AT 30 YEARS IMPRISONMENT IN THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE.

## II.

ON NOVEMBER OCTOBER 31, 2014, APPELLANTS APPEAL ATTORNEY FILED AN ANDERS BRIEF AND INFORMED APPELLANT THAT HE HAD A RIGHT TO FILE A PRO SE BRIEF OR RESPONSE TO THE ANDERS BRIEF.

## III.

ON DECEMBER 5, 2014, THE APPELLANT RECORDS WAS FIRST MADE AVAILABLE TO APPELLANT. ON FEBRUARY 17, 2015, APPELLANTS MOTIONS FOR EXTENSION OF TIME TO FILE PRO SE BRIEF WERE GRANTED BY THIS COURT, AND THE DEADLINE WAS EXTENDED TO MARCH 23, 2015.

## IV.

ON FEBRUARY 13, 2015, APPELLANT FILED HIS PRO SE BRIEF WITH THIS COURT, AND PROVIDED COPIES TO THE DISTRICT ATTORNEY FOR THE STATE IN THIS CAUSE. ON MAY 22, 2015, THIS COURT ADVISED APPELLANT THAT HIS PRO SE BRIEF WAS FILED ON FEBRUARY 23, 2015.

## V.

APPELLATE RECORD CONTAINS IRREFUTABLE EVIDENCE OF ACTUAL INNOCENCE. (PAGE-2-MOTION.)

APPELLANT HAS AN AFFIRMATIVE DEFENSE UNDER TEXAS PENAL CODE 9.63, PREVENTING AN INCOMPETENT PERSON FROM HARMING HERSELF. DEFENSE ATTORNEY WAS INEFFECTIVE PRESCRIBED BY THE 5th, 6th AND 14th AMENDMENTS TO THE UNITED STATES CONST.

SUPPORT FOR INEFFECTIVE ASSISTANCE OF COUNSEL:

PLEASE SEE PG'S. 72-73, COURT R/R, AND EXHIBIT 4, CLERKS RECORD:

STATE WITNESS FIRST DENENIES EVER HAVING SAID THAT SHE WOULD LIKE TO TAKE A GUN AND BLOW HER BRAINS OUT, BUT ☒ ON DECEMBER, 2010, SHE WAS ADMITTED TO RIVER-CREST WITH TREATS OF SUICIDE AND TOLD A COUNTY DEPUTY, AND HEALTH CARE PROVIDERS THAT IT WAS TRUE.

SEE PG. 73, COURT R/R. STATE WITNESS WENT AND WAS SEEN BY DR. GHAYAS, AND ON A NOTE ON AUGUST 20, 2013, WHEN SHE SAW HER PSYCH. DOCTOR, THE NOTES REFLECT THAT SHE SAID THE FOLLOWING: SHE DISCLOSED THAT SHE HAD LIED TO HER DOCTOR PREVIOUSLY ABOUT THE DEFENDANT ASSAULTING HER.

(PAGE - 3 - MOTION.)

SEE Pg. 95, COURT R/R.

## VI.

STATE WITNESS ADMITS SWORN TESTIMONY THAT APPELLATE did NOT ASSAULT HER, AND THAT ALSO ON MORE THAN ONE OCCASSION SHE WAS going TO COMMIT SUICIDE AND drive her CAR INTO THE LAKE.

## VII.

APPELLANT POINTS OUT TO PAGES 137-138, COURT R/R, THAT HE WAS NEVER INFORMALLY CHARGE WITH THE REFENCE CASE. THERE IS NOTING FILED WITH THE J.P. OR ANYTHING INDICATING THAT DEFENDANT WAS FORMALLY CHARGED, AND NO COMPLAINT WAS ON FILE.

## VIII.

APPELLANT WAS ARRESTED ON MARCH 6, 2013, AND WAS NOT INFORMALLY CHARGED. HE WAS JUST INDICTED ON MAY 7, 2013, AND WAS NOT TAKEN (SUMMONS) TO A J.P. UNTIL JULY 10, 2013.
THE INDICTMENT DOES NOT MEET THE REQUISITES OF TEX. CODE CRIM. PROC. ARTS. 27.01, 21.22, 27.03.

## VIIII.

### PRAYER

APPELLANT PRAYS THAT THIS HONORABLE COURT GRANT his MOTION TO AMEND THE APPELLANT PRO SE BRIEF.

(PAGE-4-MOTION).

APPELLANT IS VERY LIMITED IN THE LAW.
HAS LIMITED ACCESS TO THE LAW LIBRARY,
AND IS A SLOW READER, AND HAS TO RELY IN
BLACKS DICTIONARY TO UNDERSTAND CASE LAW.

RESPECTFULLY SUBMITTED,

Johnny Flores Navarro

APPELLANT, PRO SE.
T.D.C.J. # 1931583
TULIA TRANSFER FACILITY
4000 HWY. 86 - WEST
TULIA, TEXAS 79088

(PAGE-5-MOTION)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON JUNE 11th 2015, A TRUE AND CORRECT COPY OF APPELLANT'S MOTION TO AMEND APPELLANT PRO SE BRIEF WAS MAILED TO THE ATTORNEY FOR THE STATE BY U.S. FIRST CLASS MAIL ADDRESSED TO MR. JOHN BEST, AT 112 W. BEAUREGARD, SAN ANGELO, TEXAS 76903.

_Johnny Flores Navarro_
APPELLATE, PRO SE

I, JOHNNY FLORES NAVARRO, T.D.C.J. # 1931583, BEING PRESENTLY INCARCERATED IN THE TULIA UNIT OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE INSTITUTIONAL DIVISION IN SWISHER COUNTY, TEXAS VERIFY AND DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT, EXECUTED ON THIS THE 11th DAY OF JUNE 2015.

_Johnny Flores Navarro_
TULIA TRANSFER FACILITY
4000 HWY. 86 - WEST
TULIA, TEXAS 79088

(PAGE-6-MOTION).                    (APPELLANT, PRO SE).

JUNE # 2015

JEFFREY D. KYLE, CLERK
THIRD DIST. OF TEXAS
COURT OF APPEALS
P.O. BOX 12547,
AUSTIN, TEXAS 78711-2547

RE: MOTION TO AMEND APPELLANT PRO BRIEF;
COURT OF APPEALS NO. 03-14-00401-CR;
TRIAL COURT CASE NO, A-13-0417-SA;

DEAR CLERK,
ENCLOSED HEREWITH THIS LETTER PLEASE FIND
APPELLANTS PRO SE MOTION TO AMEND PRO SE BRIEF.
WOULD YOU PLEASE FILE THESE INSTRUMENTS
AND BRING THEM TO THE ATTENTION OF THE
COURT.
PLEASE DATE-STAMP, AND ADVISE ME OF THE
MATTER OF THIS REQUEST.

RECEIVED
JUN 1 7 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

CLERKS
COVER-LETTER

SINCERELY,
Johnny Flozea Navarro
APPELLANT, PRO SE, #1931583
TULIA TRANSFER FACILITY
4000 HWY. 86-WEST
TULIA, TEXAS 79088

JOHNNY NAVARRO, # 1931583
Tulia Transfer Facility
4000 HWY. 86 - West
Tulia, Texas 79088

"Legal Mail"

AMARILLO TX 791

12 JUN 2015 PM 2 L

JEFFREY D. KYLE
CLERK, THIRD COURT OF APPEALS
P.O. BOX 12547
AUSTIN, TEXAS 78711—2547

78711 82547